

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00500-CV

Matthew **HOKE**,
Appellant

v.

Abbie **HOKE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17328
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

On October 22, 2018, appellant filed a response with this court in which he stated a Motion to Compel Complete Court Reporter's Transcript was filed in the trial court on July 11, 2018. The reporter's record is due on or before **November 21, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court